November 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JASMINE RICKS, Appellant

NO. 14-14-00431-CV                          V.

QUALITY CARRIERS, INC., Appellee

_____

   This cause, an appeal from the judgment in favor of appellee, Quality Carriers, Inc., signed February 6, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

   We order appellant, Jasmine Ricks to pay all costs incurred in this appeal.

   We further order this decision certified below for observance.